50 A.3d 9

**Dennis WHITLEY, III, et al.**

**v.**

**MARYLAND STATE BOARD OF ELECTIONS, et al.**

**No. 133, Sept. Term, 2011.**

Court of Appeals of Maryland.

Aug. 17, 2012.

Jonathan S. Shurberg (Jonathan S. Shurberg, P.C., Silver Spring, MD), on brief, for Appellants.

Joseph E. Sandler (Amanda S. La Forge and Elizabeth F. Getman of Sandler, Reiff, Young & Lamb, P.C., Washington, D.C.), on brief, for Appellants.

Julia Doyle Bernhardt, Asst. Atty. Gen. (Douglas F. Gansler, Atty. Gen. of Maryland, Jeffrey L. Darsie, and Jennifer L. Katz, Asst. Attys. Gen., Baltimore, MD), on brief, for Appellees.

Paul J. Orfanedes (Chris Fedeli of Judicial Watch, Inc., Washington, D.C.), on brief, for Appellees.

Argued before BELL, C.J., HARRELL, BATTAGLIA, GREENE, ADKINS, BARBERA and McDONALD, JJ.

**ORDER**

PER CURIAM ORDER.

For reasons to be stated in an opinion later to be filed, it is this 17th day of August, 2012,

ORDERED, by the Court of Appeals of Maryland, a majority of the Court concurring, that the judgment of the Circuit

Court for Anne Arundel County be, and it is hereby, affirmed. Costs to be paid by the Appellants. Mandate to issue forthwith.